AO 91 (Rev. 11/11) Criminal Complaint                AUSA Matthew Moyer (312) 353-3148

**FILED**
8/19/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
KSR

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| UNITED STATES OF AMERICA | CASE NUMBER: 1:24-cr-00386 |
|---|---|
| v. | **UNDER SEAL** |
| ALEXANDER RAC | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about June 23, 2024, at Bensenville, in the Northern District of Illinois, Eastern Division, and elsewhere, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Section 2252(a) | Possession and Transportation of Child Pornography |
| Title 18, United States Code, Section 2261A | Cyberstalking |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

*Paige Shpunt*

PAIGE SHPUNT
Special Agent, Federal Bureau of Investigation (FBI)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: August 19, 2024

*Judge's signature*

City and state: Chicago, Illinois              JEFFREY T. GILBERT, U.S. Magistrate Judge
                                               *Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, PAIGE SHPUNT, being duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed for five years. My current responsibilities include the investigation of child exploitation and child pornography.

2. This affidavit is submitted in support of a criminal complaint alleging that ALEXANDER RAC has violated Title 18, United States Code, Sections 2252(a) and 2261A. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging RAC with possession and transportation of child pornography and cyberstalking, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3. The statements in this Affidavit are based on my personal knowledge, and on information I have received from other law enforcement personnel and from persons with knowledge regarding relevant facts. Because this Affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included every fact known to me concerning this investigation. I have set forth facts that I believe are sufficient to establish probable cause to believe that ALEXANDER

RAC committed the offenses of possession and transportation of child pornography and cyberstalking.

## I. SUMMARY OF PROBABLE CAUSE

4. In summary, and as set forth in more detail below, between at least in or around October 2023 and in or around August 2024, ALEXANDER RAC, who is 32 years old,[1] used Suspect Phone 1 to communicate with a 15-year-old female ("Minor Victim A"). RAC received and possessed nude and sexually explicit images from Minor Victim A. RAC used Suspect Phone 1 to threaten, harass, and intimidate Minor Victim A. Knowing that she was a minor, RAC also texted Minor Victim A nude and sexually explicit images depicting Minor Victim A that she had previously sent him. In addition to the harassing phone contact, on or about June 26, 2024, RAC posted a threatening message on TikTok that provided: "Kill [Minor Victim A's first name] and kill her family and Z Nighers she hang with and..: all her friends go there." The TikTok post included an Apple Maps screenshot depicting Minor Victim A's home address. On June 27, 2024, a DuPage Sheriff's deputy went to the Subject Premises and spoke with RAC, who identified himself by name and provided the number for Suspect Phone 1 as his phone number. He denied making a threatening TikTok post but acknowledged that he knew Minor Victim A and had been communicating with her.

---

[1] According to records and information obtained from the Illinois Secretary of State's Office, RAC was born in January 1992. According to a child forensic interview of Minor Victim A, she turned 15-years-old on May 24, 2024.

## II. FACTS SUPPORTING PROBABLE CAUSE

**RAC's Use of Suspect Phone 1 to Threaten, Harass, Intimidate, and Transmit Child Pornography to Minor Victim A**

5. Law enforcement interviewed Minor Victim A on or about June 28, 2024, and on or about July 23, 2024. In summary, during her interviews with law enforcement, Minor Victim A provided the following information:

　　a.　Minor Victim A reported that she met an individual whom she knew as "Alex" on an online chat service—either Omegle.com or Ome.TV—in or around October 2023.

　　b.　Shown a six-person photo lineup that included ALEXANDER RAC's Illinois driver's license photograph, Minor Victim A identified RAC as the individual she knew as "Alex."

　　c.　After they met over the online chat service, they began communicating with each other by phone. RAC used phone number 847-219-0682 (i.e., Suspect Phone 1) to communicate with her, including over text messages and Facetime video calls.

　　d.　Minor Victim A initially told RAC that she was 17 years old. She provided RAC with her home address in Michigan. RAC asked Minor Victim A to send him photographs of her in the shower, and Minor Victim A did. RAC sent Minor Victim A videos of himself masturbating.

　　e.　At some point, Minor Victim A sought to end her relationship with RAC. Minor Victim A advised RAC that she was 14 years old. RAC continued to communicate with Minor Victim A and send her explicit images.

3

6. Based on Minor Victim A's identification of RAC as the user of Suspect Phone 1 and, as described below, RAC's giving the number for Suspect Phone 1 to law enforcement as his phone number, I believe that there is probable cause to believe that RAC is the user of Suspect Phone 1.

7. Law enforcement performed a forensic extraction of Minor Victim A's cellular phone. The review of Minor Victim A's phone revealed that between on or about June 22, 2024, and on or about July 23, 2024[2], approximately 970 text messages were exchanged between Suspect Phone 1 and Minor Victim A's phone, approximately 927 of which were sent from Suspect Phone 1 to Minor Victim A's phone.

8. As discussed in more detail below, Minor Victim A's phone contained threatening, harassing, and intimidating text messages and voicemails that RAC sent her using Suspect Phone 1, which would be reasonably expected to cause substantial emotional distress, as well nude and sexually explicit images depicting Minor Victim A that RAC sent her over text messages from Suspect Phone 1.[3] The following are examples of communications sent by RAC to Minor Victim A.

---

[2] Minor Victim A reported to law enforcement agents that she had, in the past, deleted text message exchanges with RAC.

[3] Some of the text messages and voicemails recovered from Minor Victim A's phone are summarized in this Affidavit. The language quoted from them in this Affidavit is based upon a preliminary review of the messages and not final transcripts. The dates and times listed for the recorded conversations are approximate. Moreover, these excerpts and summaries discussed here do not include all of statements or topics covered during the text message exchanges and voicemails. Further, at various points in the Affidavit I have included in brackets my interpretation of words and phrases used in these messages, which are based on the contents and context of the messages, my knowledge of the investigation, my experience

a. On or about March 3, 2024, RAC, using Suspect Phone 1, left the following voicemail on Minor Victim A's phone: "Man, I hope you listen to this and shit. I don't know what the fuck I did to you 'n shit to make you do this 'n shit but… Man, I hope you don't do this to the next man that come into your life that just wanna do you in shit right shorty. For real."

b. On or about March 3, 2024, RAC, using Suspect Phone 1, left another voicemail on Minor Victim A's phone that provided: "Aye, why you such a bitch?"

c. On or about April 30, 2024, RAC, using Suspect Phone 1, left the following voicemail on Minor Victim A's phone: "Bro, all your information going on the internet. Just to let you know 'n shit, girl. You a dirty slut."

d. On or about June 23, 2024, at approximately 6:24 a.m., RAC, using Suspect Phone 1, texted two photographs to Minor Victim A, one of which depicted a woman's bare breasts and the other depicted a female bent over a bed with her bare buttocks exposed. After sending these two photographs, RAC, using Suspect Phone 1, sent the following text messages to Minor Victim A:

    RAC:    Saved these to laugh

    RAC:    A nigher went in there

At approximately 6:26 a.m., RAC, using Suspect Phone 1, texted seven photographs to Minor Victim A, including photographs depicting Minor Victim A's face with what

---

and training, and the experience and training of other law enforcement agents with whom I have consulted.

appears to be a man's semen on her tongue and other photographs depicting Minor Victim A facing away from the camera, showing her buttocks while wearing underwear. RAC also sent her two videos, one of which depicted Minor Victim A performing oral sex on an unknown male. After sending these photographs and videos, RAC, using Suspect Phone 1, sent the following text message to Minor Victim A: "Just u being a typical whore." Between approximately 6:32 a.m. and 6:33 a.m. that morning, RAC, using Suspect Phone 1, sent Minor Victim A the following text messages:

| | |
|---|---|
| RAC: | Whore bag? |
| RAC: | Nah |
| RAC: | Just a little kid Whore |
| RAC: | Who lives blCk cock |
| RAC: | And is a complete fuxking idiot |
| RAC: | U saf |
| RAC: | Saf |
| RAC: | Sad |
| RAC: | Pathetic |
| RAC: | Fat |
| RAC: | Little |
| RAC: | Stupid whore |
| RAC: | I will continue this untill something bad happens to u |
| RAC: | U deserve the worst |

6

> RAC: I wanna see or hear something bad happen
>
> RAC: Fuxking Whore

At approximately 8:34 a.m. that morning, RAC, using Suspect Phone 1, texted Minor Victim A: "Everyone seen ur body parts."

  e. On the same day, at approximately 1:50 p.m., RAC, using Suspect Phone 1, sent Minor Victim A the following text messages:

> RAC: How a grown ass n**** buying a little girl liq
>
> RAC: Oh yea
>
> RAC: Bc u blow him
>
> RAC: And he fucks u
>
> RAC: All at the grand [age] of 14

  f. On or about June 24, 2024, between approximately 2:21 a.m. and 2:22 a.m., RAC, using Suspect Phone 1, sent Minor Victim A the following text messages:

> RAC: Ur a pile of shit
>
> RAC: Nah I wasted time on a child

  g. On or about June 25, 2024, at approximately 2:40 a.m., RAC, using Suspect Phone 1, left the following voicemail on Minor Victim A's phone:

> Ay yo just to let you know, your little fuckin n***** friend Malik, that n***** gone get sent to jail n shit, girl. I literally just fuckin' informed the authorities that your goofy ass be sucking mad cock and that n****'s behind it. And that n**** be buying you liq. Yeah, we got all the information to put that n**** away n' shit aye yo. For real

7

'n shit. Watch you family's back, brah. I don't think—I don't think your mama gonna be around for that much longer. That bitch a trifflin' whore n shit.

At approximately 2:53 a.m., RAC, using Suspect Phone 1, sent Minor Victim A the following text message: "Hoping u kill yourself whore."

    h.    On or about June 26, 2024, RAC, using Suspect Phone 1, sent Minor Victim A the following text messages:

| | |
|---|---|
| RAC: | Now everyone gets to see |
| RAC: | We showing em ur fat pussy |
| RAC: | And u blowing Nighers |

    i.    On or about June 27, 2024, at approximately 10:07 p.m., Minor Victim A sent the following text message to RAC at Suspect Phone 1: "you posted a minors nudes." Between approximately 10:10 p.m. and 10:11 p.m., RAC, using Suspect Phone 1, had the following text message exchange with Minor Victim A:

| | |
|---|---|
| MVA: | You posting my nudes would put u in jail it's self I'm not stupid |
| RAC: | They all got deleted |
| RAC: | Pretty quick |

At approximately 10:11 p.m., RAC, using Suspect Phone 1, sent the following text messages to Minor Victim A:

| | |
|---|---|
| RAC: | I have video of u blowing old men… |
| RAC: | and getting cucked |
| RAC: | Ur 15… |

8

| | | |
|---|---|---|
| RAC: | And when that happened u were 14 or even 13 | |

At approximately 10:19 p.m. RAC, using Suspect Phone 1, sent Minor Victim A the following text messages:

| | | |
|---|---|---|
| RAC: | Ur having adult relations with n older man |
| RAC: | And u have Been with him for 2 yrs |
| RAC: | U were 13 |

At approximately 10:20 p.m., RAC, using Suspect Phone 1, had the following text message exchange with Minor Victim A:

| | | |
|---|---|---|
| MVA: | that's not even true |
| RAC: | Dude |
| RAC: | U sent me that video 1 yr ago |

Between approximately 10:23 p.m. and 10:26 p.m., RAC, using Suspect Phone 1, had the following text message exchange with Minor Victim A:

| | | |
|---|---|---|
| RAC: | u created a problem |
| RAC: | Bc u lied about ur age |
| RAC: | I have proof I asked u multiple times |
| RAC: | And u kept denying it |
| RAC: | And send me many many sexual photos and videos |
| RAC: | So did I.. |
| RAC: | But only bc I thought u weren't lying … |
| RAC: | My whole family hates me |
| MVA: | you sent after too |

9

| | | |
|---|---|---|
| MVA: | | I have proof |
| RAC: | | Dude |
| RAC: | | Why are u still Trying to fight me? |
| RAC: | | I have video |
| RAC: | | Of u getting fucked |
| RAC: | | And sucking dick… |
| MVA: | | no you don't |
| RAC: | | Yes I do … |
| RAC: | | Jesus Christ |
| MVA: | | Just leave me alone right now |

9. Law enforcement's review of Minor Victim A's phone revealed that she also received threatening, harassing, and intimidating text messages from other phone numbers in June 2024 and July 2024. Based on the timing and content of these messages, my knowledge of this investigation and the context of the messages that RAC sent from Suspect Phone 1 to Minor Victim A, I believe that these messages, some of which are discussed below, were also sent to Minor Victim A by RAC.

    a. On or about June 24, 2024, at approximately 10:26 p.m., RAC, using Suspect Phone 1, sent Minor Victim A the following text message: "U there." At approximately 10:52 p.m., RAC, using Suspect Phone 1, sent Minor Victim A the following text message: "How the hoe life." Between approximately 11:02 p.m. and 11:03 p.m. that evening, the user of phone number 818-381-8153 sent Minor Victim A the following text message: "This is gonna continue for ever."

10

  b. On or about June 25, 2024, between approximately 1:46 a.m. and 1:50 a.m., the user of phone number 313-360-3185 sent Minor Victim A the following text messages:

| | | |
|---|---|---|
| 3185: | | Hoe |
| 3185: | | Everyday |
| 3185: | | Imma do this |
| 3185: | | Ok? |
| 3185: | | Whore |
| 3185: | | Ok |
| 3185: | | Whore |
| 3185: | | Bitch |
| 3185: | | Yo hoe |

At approximately 1:50 a.m. that morning, RAC, using Suspect Phone 1, sent Minor Victim A the following text message: "Bitch." At approximately 1:55 a.m. that morning, the user of phone number 313-493-5892 texted Minor Victim A: "Everyday imma do this." At approximately 2:05 a.m., the user of phone number 269-743-6951 texted Minor Victim A: "Answer the phone bitch." A minute later, the user of phone number 269-743-6951 sent the following text messages to Minor Victim A:

| | | |
|---|---|---|
| 6951: | | Imma never stop |
| 6951: | | Just fyi |
| 6951: | | How |
| 6951: | | Just say something hoe |

| | | |
|---|---|---|
| | 6951: | Whore |

At approximately 2:17 a.m. that morning, RAC, using Suspect Phone 1, texted Minor Victim A: "Whore." At approximately 2:48 a.m. that morning, the user of phone number 818-245-8727 sent the following text messages to Minor Victim A:

| | | |
|---|---|---|
| | 8727: | Whore |
| | 6951: | Everyday |
| | 6951: | U gonna see my texts |
| | 6951: | Whore bag |

At approximately 2:52 a.m., the user of phone number 818-245-8727 left the following voicemail on Minor Victim A's phone: "Bro, I'm gonna make your life a living hell n shit."

      c.    On or about June 26, 2024, between approximately 12:50 a.m. and 1:02 a.m., the user of phone number 818-975-6664 sent Minor Victim A the following text messages:

| | | |
|---|---|---|
| | 6664: | Dead whore |
| | 6664: | This is fun |

Between approximately 2:00 a.m. and 2:25 a.m. the same morning, RAC, using Suspect Phone 1, sent Minor Victim A the following text messages:

| | | |
|---|---|---|
| | RAC: | I know where U stay |
| | RAC: | Ur gonna die |

Between at approximately 2:25 a.m. and 2:26 a.m. that morning, the user of phone number 818-975-6664 sent Minor Victim A the following text messages:

    6664:  Ur gonna die

    6664:  Fat Whore

At approximately 5:27 a.m., the user of phone number 208-400-9633 sent Minor Victim A the following text message: "Die whore."

  10.  According to Minor Victim A's father, between on or about July 4, 2024, and on or about July 27, 2024, he received text messages referencing his daughter or that were abusive language from various phone numbers that were unknown to him. On or about July 25, 2024, Minor Victim A's father received text messages from phone number 773-255-0162 that provided: "U gay. See you in Michigan."

### RAC's Use of TikTok to Threaten Minor Victim A

  11.  On or about June 27, 2024, TikTok contacted the FBI about a threat that was posted on its platform. According to information provided by TikTok, on or about June 26, 2024, the user of TikTok account @userzmm6271mma ("TikTok Account 1") posted a photo to the account that provided: "Kill [Minor Victim A's first name] and kill her family and Z Nighers she hang with and..: all her friends go there." The TikTok post included an Apple Maps screenshot depicting Minor Victim A's home address in Michigan. According to information provided by TikTok, Inc., TikTok Account 1 was created on June 25, 2024. TikTok subscriber information revealed that the account was created using an iPhone. Information provided by TikTok, Inc. showed that the account was accessed from three IP addresses, one of which was 67.173.7.56.

  12.  According to information obtained from Comcast, IP address 67.173.7.56 is registered to the Subject Premises.

13. According to information obtained from the Illinois Secretary of State's Office, the home address listed for RAC on his Illinois driver's license is the Subject Premises.

14. The forensic examination of Minor Victim A's phone revealed that on or about June 26, 2024, the user of phone number 239-363-0535 sent the following text message to Minor Victim A: "Who's that n***** talking to me on tik tok? Lmaoo." At approximately 2:22 a.m., the user of phone number ending in 818-975-6664—the same phone number that sent text messages to Minor Victim A, as discussed above (*see supra* ¶ 9(c))—left the following voicemail on her phone: "Don't have no dirty fuckin n***as fuckin' hit me on TikTok. I mean you tell them to stop hitting me up, you dirty bitch. I want that shit, girl. N**** gonna tell me where you at, where you at, where you at. You a fuckin' n**** whore. Everyone on the internet gonna know you're a dirty whore n shit. Fuckin' dumb ass."

15. According to body-worn camera footage and information provided by the DuPage County Sheriff's Department, on or about June 27, 2024, at approximately 9:53 p.m., a DuPage County Sheriff Deputy went to the Subject Premises to inquire about the above-made TikTok post at the request of the FBI. An adult male and female came to the door, and the female confirmed to the deputy that their last name was "Rac." After the deputy asked if they had a son or grandson that lived with them, the man called out, "Alexander," and another man came to the door whom I recognize on the body-worn camera footage to be ALEXANDER RAC from his driver's license photograph. RAC confirmed his name. The deputy informed RAC that he was there

14

to ask about a death threat made online to a girl by Minor Victim A's name. RAC replied, "it wasn't anything like that." He denied making a threatening post. RAC then stated, "she's young as hell, she lied to me about her age," also stating, "I think she's about fifteen." RAC stated that Minor Victim A lives in Michigan. He then also stated, "the first thing she started sending me was her doing some crazy shit with older guys." RAC confirmed that his number was 847-219-0682, the number of Suspect Phone 1. He further stated, "I know for a fact that she, like, she has a boyfriend that's over twenty-one that buys her liquor, she's fifteen. Has sex with her."

16. A forensic examination of Minor Victim A's phone revealed on or about June 27, 2024, at approximately 10:16 p.m., RAC, using the Suspect Phone 1, and Minor Victim A had the following text message exchange:

| | | |
|---|---|---|
| RAC: | | Dude the FBI |
| RAC: | | The actual fucking fbi came to my house |
| RAC: | | Ur doing something wrong |
| RAC: | | They know we're in diff states |
| MVA: | | so why would they be at your house? |
| RAC: | | Bc of a death threat |
| MVA: | | what death threat |
| RAC: | | Something they saw and accused me of saying |
| RAC: | | I ain't lying to u |
| MVA: | | u are tho |
| RAC: | | The fbi pretty resilient |

15

| | | |
|---|---|---|
| RAC: | Nah |
| RAC: | And u have no proof of that |
| RAC: | I have proof of u doing thinfa |
| RAC: | Being young |
| RAC: | With guys way older then u |
| RAC: | So that will get |
| RAC: | Attended to |
| RAC: | Not whatever I said |

## III. BACKGROUND ON TIKTOK

17. Based on my training and experience, the training and experience of other law enforcement officers, and publicly available information, I have learned the following regarding TikTok and its associated entities ("TikTok"):

    a. TikTok is a mobile application-based communication service owned by TikTok Inc. and headquartered in Culver City, California. TikTok encompasses four entities, which include TikTok Inc., as well as TikTok Pte. Limited, which is a short-form video hosting service owned by Chinese internet company ByteDance. TikTok Pte. Limited hosts user-submitted videos that can be viewed live by other users of TikTok. Live videos enable chat room comments between viewers of the live content.

    b. TikTok uses Wi-Fi and cellular networks to post, stream, send and receive messages, images, and videos between TikTok users. TikTok is primarily used on smartphone devices, such as Apple iPhones, Android cell phones, Apple

iPads, and Android tablets, but TikTok can be used on any computing device utilizing an emulator, which makes a computing device look like an Android device.

   c. TikTok offers its users anonymity via usernames. To register for TikTok, a user must provide a first and last name, email address, and a birthdate. However, TikTok does not verify the information an individual enters, meaning a user can create an account using a fake name, email address, and birthdate. TikTok requests a phone number for registration and uses usernames as account identifiers. Usernames are unique and cannot be replicated. Although each username is unique, TikTok users can create multiple accounts under different usernames registered to different email addresses or phone numbers, including Voice Over Internet Protocol ("VOIP") numbers.

   d. TikTok also facilitates real-time video chat, which allows users to video chat live with other TikTok users at the same time.

   e. TikTok users can post and share short-form videos with other users on the platform. TikTok users can also send direct messages, images, and videos directly to other users.

17

## IV. CONCLUSION

Based on the foregoing, I respectfully submit that there is probable cause to believe that ALEXANDER RAC committed the offenses of possession and transportation of child pornography and cyberstalking.

FURTHER AFFIANT SAYETH NOT.

*Paige Shpunt*

PAIGE SHPUNT
Special Agent, Federal Bureau of Investigation

SWORN TO AND AFFIRMED by telephone August 19, 2024.

Honorable JEFFREY T. GILBERT
United States Magistrate Judge